IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OBIOMA ATUFUNWA, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-7027 |
| | : | |
| PRIME HEALTHCARE SERVICES INC, et al. | : | |

# ORDER

AND NOW, this 10th day of September, 2026, upon consideration of the Defendants' Motion to Dismiss (ECF No. 13), the opposition filed by Plaintiffs (ECF No. 17), and the Defendants' reply (ECF No. 19), and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Defendants' Motion (ECF No. 13) is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.